752

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| APPLERA CORP. and ROCHE MOLECULAR SYSTEMS, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>MJ RESEARCH, INC., MICHAEL FINNEY and JOHN FINNEY,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 3:98 CV 1201 (JBA)<br><br>**HIGHLY CONFIDENTIAL**<br>**FILED UNDER SEAL**<br><br>January 7, 2004 |

### DEFENDANTS MJ RESEARCH, INC., MICHAEL FINNEY AND JOHN FINNEY'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE RELATING TO PIERCING MJ RESEARCH'S CORPORATE VEIL OR THAT THE FINNEYS HAVE USED MJ RESEARCH AS THEIR ALTER EGO

Defendants-Counterclaim Plaintiffs MJ Research, Inc. ("MJ"), Michael Finney and John Finney (collectively "Defendants") move this Court for an order *in limine* precluding Plaintiffs-Counterclaim Defendants Applera Corporation ("PE/Applera") and Roche Molecular Systems, Inc. (collectively "Plaintiffs") from introducing evidence relating to piercing MJ's corporate veil or that Michael and John Finney have used MJ as their alter ego for fraudulent and injurious purposes. In particular, MJ seeks an order precluding Plaintiffs from introducing any evidence relating to:

- Any cash withdrawals from MJ by the Finneys or any distributions of income, earnings or other assets from MJ to the Finneys (*see, e.g.,* Plaintiffs' Amended Complaint ("Pltfs' Am. Complaint") (D.I. 500) ¶ 16);

- Any loans made by the Finneys to MJ and any resulting liens resulting therefrom (*see, e.g., id.* ¶ 22);

- Any transactions between MJ and any entities with which it shares common ownership, including, but not limited to, MJ Bioworks, Genesys

1

> Technologies, MJ Geneworks and Mountain Cove Tech Center, LLC (*see, e.g., id.* ¶¶ 17-21); and
> 
> - Any personal assets, expenses or investments of the Finneys, including, but not limited to, evidence concerning the Finneys' tax returns and/or net worth (*see, e.g., id.* ¶¶ 17, 20-21, 24)

As set forth in Defendants' supporting Memorandum, such evidence should be excluded because Plaintiffs cannot make a *prima facie* case that MJ's corporate veil should be pierced. Moroever, even if it could make such a case, such evidence should still be excluded under Rule 403 of the Federal Rules of Evidence because its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, and waste of time.

This Motion *In Limine* is supported by all pleadings, discovery papers and other evidentiary materials properly before the Court at the time of its consideration

WHEREFORE, for the foregoing reasons, MJ respectfully requests that its Motion *In Limine* be granted in all respects.

Dated: January 7, 2004

Respectfully submitted,

MJ RESEARCH, INC., MICHAEL FINNEY and JOHN FINNEY,

By: _____
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 060901
(203) 325-5000

C. Allen Foster (ct23115)
Kevin E. Stern (ct23524)
Greenberg Traurig, LLP
800 Connecticut Ave., NW
Suite 500
Washington, DC 20006

Gerard F. Diebner (ct24796)
Joseph Manak (ct23153)
Greenberg Traurig, LLP
885 Third Avenue, 21st Fl.
New York, NY 10022

John E. Beerbower (ct19381)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing was sent via overnight delivery on January 7, 2004, to the following:

James T. Shearin, Esq.
PULLMAN & COMLEY, L.L.C.
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Robert A. Cote, Esq.
Victor G. Hardy, Esq.
Jennifer Gordon, Esq.
ORRICK, HERRINGTON & SUTCLIFFE, LLP
666 Fifth Avenue
New York, NY 10103-0001

James Sicilian, Esq.
Mario R. Borelli, Esq.
DAY, BERRY & HOWARD
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

David Gersch, Esq.
Asim Varma, Esq.
Michael J. Kylce, Jr., Esq.
Bertrand R. Lanciault III, Esq.
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202

Matthew D. Powers, Esq.
Edward R. Reines, Esq.
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Patrick J. McHugh

{00054976; 1; 4653-2}