FILED

2004 JAN -7 P 5: 35

U.S. DISTRICT COURT
NEW HAVEN, CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

APPLERA CORPORATION and
ROCHE MOLECULAR SYSTEMS, INC.,

                       Plaintiffs,

v.

MJ RESEARCH, INC.,
MICHAEL FINNEY and JOHN FINNEY,

                       Defendants.

Case No. 3-98-CV-1201: JBA

**HIGHLY CONFIDENTIAL
FILED UNDER SEAL**

January 7, 2004

## PLAINTIFFS' CONSOLIDATED MOTIONS *IN LIMINE* REGARDING THE PATENT PHASE

Pursuant to Rules 401, 402, 403, 702, and 802 of the Federal Rules of Evidence, and Rules 3, 26, and 37 of the Federal Rules of Civil Procedure, plaintiffs hereby move the Court to grant the following relief[1]:

(1) Exclude Evidence or Argument by Defendants Based on Advice of Counsel Regarding the PCR Patents, Unenforceability, Patent Misuse, and Antitrust Issues;[1]

(2) Permit the Introduction of Market Surveys and Expert Testimony of Dr. Gerald Ford, Plaintiffs' Survey Expert;[1]

(3) Exclude Evidence or Argument by Defendants of an Alleged "Disclaimer" or License Notice Agreement or Representation which the Court Has Already Adjudicated Not To Exist;

(4) Exclude Evidence or Argument by Defendants Regarding Customer-Class Exemptions;

(5) Exclude Evidence or Argument by Defendants Regarding New and Improperly Pled Affirmative Defenses and Contentions;

---

[1] Plaintiffs request this same relief for the antitrust phase.

DOCSNY1:1010699.1                                         ORAL ARGUMENT REQUESTED

(6) Preclude Defendants from Offering Expert Testimony on an Issue from Any Witness Not Identified as an Expert on that Issue or Who Did Not Submit a Report;[1]

(7) Exclude Evidence or Argument by Defendants Regarding Inclusion of a "Disclaimer" or License Notice in Their Advertising as a Defense to Plaintiffs' Inducement Claims;

(8) Preclude Defendants from Arguing that the Patents-In-Suit Are Not Infringed, Directly or By Inducement, on the Basis that They Are Allegedly Invalid or Unenforceable;

(9) Exclude the Expert Testimony of Robert Cesari, Defendants' Patent Expert;

(10) Exclude the Expert Testimony of Jon Krosnick, Defendants' Survey Expert;[1]

(11) Exclude Defendants' Purported Market Survey Evidence;[1] and

(12) Preclude Defendants from Using Derogatory Descriptions of Plaintiffs.[1]

In support of the present Consolidated Motions, plaintiffs concurrently file the Consolidated Memoranda of Law, containing a separate memorandum setting forth the grounds for each request for relief, as well as the four-volume Appendix of Exhibits in Support of Plaintiffs' Consolidated Motions in Limine Regarding the Patent Phase, which contains the exhibits cited in the Consolidated Memoranda of Law as well as the Declaration of Robert A. Cote listing those exhibits.[2]

---

[2] At 8 p.m. on January 6, 2004, the evening before for the deadline for filing motions *in limine*, defendants notified plaintiffs of their intention to call approximately 18 new witnesses not disclosed in defendants' prior pre-trial exchanges, in addition to the 10 witnesses disclosed in defendants' pre-trial witness list who were never identified in defendants' interrogatory responses or made subject to discovery during the five-year course of this litigation. Due to the timing of defendants' disclosure, the evening before the deadline for motions *in limine*, plaintiffs were unable to include a supporting memorandum with these submissions and intend to file one shortly.

Dated: January 7, 2004          By: _____
                                James T. Shearin (CT 01326)
                                PULLMAN & COMLEY, LLC
                                850 Main Street
                                Bridgeport, CT 06601-7006
                                Tel: (203) 330-2000

                                Robert A. Cote (CT 013985)
                                Victor G. Hardy
                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                666 Fifth Avenue
                                New York, NY 10103-0001
                                Tel: (212) 506-5000

                                Matthew D. Powers
                                Edward R. Reines
                                WEIL, GOTSHAL & MANGES LLP
                                201 Redwood Shores Pkwy
                                Redwood Shores, CA 94065
                                Tel: (650) 802-3200

                                *Attorneys for Applera Corporation*

                                and

                                James Sicilian
                                Mario P. Borelli
                                DAY, BERRY & HOWARD
                                Cityplace I
                                Hartford, CT 06103
                                Tel: (860) 275-0100

                                David P. Gersch
                                Asim Varma
                                Michael J. Klyce, Jr.
                                ARNOLD & PORTER
                                555 Twelfth Street, N.W.
                                Washington, D.C. 20004-1206
                                Tel: (202) 942-6488

                                Jennifer Gordon
                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                666 Fifth Avenue
                                New York, NY 10103-0001
                                Tel: (212) 506-5000

                                *Attorneys for Roche Molecular Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered on this 7th day of January, 2004, to the following by first-class mail or electronically:

John E. Beerbower
Joseph Salama
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

James Sicilian
Mario R. Borelli
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street, 25th Floor
Hartford, CT 06103
(860) 275-0100

David P. Gersch
Asim Varma
Michael J. Klyce, Jr.
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000

Allen Foster
Kevin Stern
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100

Matthew D. Powers
Edward R. Reines
Weil, Gotshal & Manges LLP
201 Redwood Shores Pkwy
Redwood Shores, CA 94065
(650) 802-3200

Patrick J. McHugh
Finn Dixon & Herling, LLP
One Landmark Square
Stamford, CT 06901
(203) 325-5000

Gerard Diebner
Al Jacobs
Daniel A. Ladow
Greenberg Traurig, LLP
885 Third Avenue, 21st Floor
New York, NY 10022
(212) 801-2100

Jennifer Gordon
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212) 506-5020

Joseph Darby
David Jay
Greenberg Traurig, LLP
One International Place
3rd Floor
Boston, MA 02110
(617) 310-6000

Debra J. Pearlstein
Alan R. Kusinitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

James T. Shearin (CT 01326)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2000

_____
James T. Shearin

BPRT/57957.1/JTS/503013v1

DOCSNY1:983463.2