772

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| APPLERA CORPORATION and ROCHE MOLECULAR SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MJ RESEARCH, INC., MICHAEL FINNEY and JOHN FINNEY,<br><br>Defendants. | Case No. 3-98-CV-1201: JBA<br><br>**HIGHLY CONFIDENTIAL FILED UNDER SEAL**<br><br>January 7, 2004 |

# CONSOLIDATED MEMORANDA OF LAW IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTIONS *IN LIMINE* REGARDING THE PATENT PHASE

C:\Documents and Settings\r16\Desktop\Cover Page to Memoranda of Law - Patents.doc

# INDEX OF MEMORANDA
## In Support of Plaintiffs' Consolidated Motions in Limine

**Tab**

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude Evidence or Argument by Defendants Based on Advice of Counsel Regarding the PCR Patents, Unenforceability, Patent Misuse, and Antitrust Issues .......................1

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Permit the Introduction of Market Surveys and Expert Testimony of Dr. Gerald Ford, Plaintiffs' Survey Expert.......................2

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude Evidence or Argument by Defendants of an Alleged "Disclaimer" or License Notice Agreement or Representation which the Court Has Already Adjudicated Not To Exist .......................3

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude Evidence or Argument by Defendants Regarding Customer-Class Exemptions...........4

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude Evidence or Argument By Defendants Regarding New and Improperly Pled Affirmative Defenses and Contentions.......................5

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Preclude Defendants from Offering Expert Testimony on an Issue from Any Witness Not Identified as an Expert on that Issue or Who Did Not Submit a Report.................6

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude Evidence or Argument by Defendants Regarding Inclusion of a "Disclaimer" or License Notice in Their Advertising as a Defense to Plaintiffs' Inducement Claims .......................7

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Preclude Defendants from Arguing that the Patents-In-Suit Are Not Infringed, Directly or By Inducement, on the Basis that They Are Allegedly Invalid or Unenforceable.......................8

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude the Expert Testimony of Robert Cesari, Defendants' Patent Expert .......................9

Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude the Expert Testimony of Jon Krosnick, Defendants' Survey Expert.......................10

    Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude
        Defendants' Purported Market Survey Evidence .........................................................11

    Memorandum of Law in Support of Plaintiffs' Motion in Limine to Preclude
        Defendants from Using Derogatory Descriptions of Plaintiffs....................................12