IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

APPLERA CORPORATION and
ROCHE MOLECULAR SYSTEMS, INC.,

    Plaintiffs,

v.

MJ RESEARCH, INC. and
MICHAEL FINNEY and JOHN FINNEY,

    Defendants.

Case No. 3-98-CV-1201: JBA

**HIGHLY CONFIDENTIAL
FILE UNDER SEAL**

January 20, 2004

## SUPPLEMENTAL DECLARATION OF VICTOR G. HARDY IN FURTHER SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTIONS *IN LIMINE* REGARDING THE ANTITRUST PHASE

I, Victor G. Hardy, hereby declare:

1. I am an associate of the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Applera Corporation ("Applera"), one of the plaintiffs in this action. I make this declaration, based on my personal knowledge of testimony and documents produced during discovery, in support of Plaintiffs' Consolidated Motions *In Limine*—Antitrust.

2. Attached hereto as Exhibit 74 is a true and correct copy of pages 20-22 and 105-106 of the deposition of Peter Barrett, dated May 15, 2000.

3. Attached hereto as Exhibit 75 is a true and correct copy of pages 59-60 of the deposition of Michael Hunkapiller, dated December 10, 1999.

4. Attached hereto as Exhibit 76 is a true and correct copy of page 420 of the deposition of Joseph Smith, dated April 12, 2000.

DOCSNY1:1013136.1

**ORAL ARGUMENT REQUESTED**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2004

_____
Victor G. Hardy