UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Applera Corporation and :
Roche Molecular Systems, Inc.,:
    plaintiffs, :
     :
v. : 3:98cv1201 (JBA)
     :
MJ Research Inc. and Michael :
and John Finney, defendants. :

FILED
MAR 4  2 53 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

Order

As set forth on the record during pre-trial conference on February 28, 2004,

1. Plaintiffs' Motion in Limine To Exclude Evidence or Argument by Defendants Regarding New and Improperly Pled Affirmative Defenses and Contentions [Doc. #762-5] is DENIED as moot by agreement of the parties with respect to the express or implied license issue, DENIED as moot based on plaintiffs' representations with respect to the advice of counsel issue, and GRANTED with respect to new invalidity contentions.

2. Plaintiffs' Motion in Limine to Exclude the Expert Testimony of Robert Cesari [Doc. #762-9] is GRANTED to limit Cesari's testimony to Patent Office practice and procedure.

3. Plaintiffs' Motion in Limine to Exclude the Expert Testimony of Jon Krosnick [Doc. #762-10] is DENIED without prejudice to renew after the submission of Krosnick's supplemental report.

4. Plaintiffs' Motion in Limine to Exclude Defendants' Purported Market Survey Evidence [Doc. #762-11] is DENIED as moot.

5. Plaintiffs' Motion in Limine to Preclude Defendants' Witnesses Not Identified During Discovery [Doc. #806] is DENIED.

6. Defendants' Motion in Limine to Strike Portions of the Supplemental Expert Report of Professor Martin J. Adelman and to Exclude Certain Testimony Outlined

1

   Therein [Doc. #768] is GRANTED by agreement and Adelman's testimony will be limited to Patent Office practice and procedure.

7. Defendants' Motion in Limine to Preclude Evidence Relating to Piercing MJ Research's Corporate Veil or that the Finneys have used MJ Research as their Alter Ego [Doc. #752] is GRANTED as to the patent phase of the trial and DENIED without prejudice to renew at the anti-trust phase of the trial.

8. Defendants' Motion in Limine to Exclude Certain Testimony of Michael W. Hunkapiller [Doc. #763] is DENIED as moot with respect to testimony on unasserted claims 1-3, 14, and 15 of the '493 Patent, and GRANTED without prejudice for plaintiffs to proffer at trial basis for the admissibility of any database testimony.

9. Defendants' Motion for Sanctions [Doc. #895] and Defendants' Motion to Exclude Certain Portions of Second Supplemental Opinion of Dr. Dov Frishberg [Doc. #896] are GRANTED.

10. Defendants' Motion to Modify Protective Order [Doc. #905], Defendants' Motion to Compel Production of Documents [Doc. #908], and Defendants' Motion to Compel Production of Documents [Doc. #910] are WITHDRAWN by defendants' motions to withdraw [Docs. ##956 and 957], which are hereby GRANTED. The Clerk is directed to terminate Docs. ## 905, 908, and 910.

11. Plaintiff Applera's Motion for Permission to File Documents under Seal [Doc. #931] is DENIED by agreement of the parties.

   It is so ordered.

   Janet Bond Arterton U.S.D.J.

Dated at New Haven, Connecticut this 3d day of March, 2004.